# United States District Court
## Southern District of Georgia

DONTAVEOUS WRIGHT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV314-069

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 24, 2015. the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Commissioner's final decision is AFFIRMED, this civil action stands CLOSED and judgment is hereby ENTERED in favor of the Commissioner.

August 24, 2015
Date



Scott L. Poff
Clerk

(By) Deputy Clerk